# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Orion Kentrell James**                                    **Docket No. 7:14-CR-90-1BO**

### Petition for Action on Supervised Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Orion Kentrell James, who upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine and Cocaine Base (Crack) in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 25, 2015, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Orion Kentrell James was released from custody on February 14, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 27, 2017, James submitted to a urinalysis test which revealed a positive result for Oxycodone. When confronted with the result, James stated the positive result must have been the result of what he was told by his sister was two Xanax pills given to him to help him cope with the death of his grandfather and illness of his uncle.

Subsequently, on June 15, 2017, James submitted to a urinalysis test which revealed a positive result for cocaine. On June 28, 2017, James and his supervising officer met and arranged for him to begin substance abuse treatment at CDTEG in Jacksonville, North Carolina. At the conclusion of the meeting, James was subjected to another urinalysis test which also resulted in a positive reading for cocaine.

Subsequent to this meeting, James failed to report to the probation officer and after numerous attempts to re-establish contact supervision resumed.

At the time of his positive tests, James was participating in the Surprise Urinalysis Program (SUP) and had completed a substance abuse evaluation which indicated no treatment was needed. It is recommended that James receive mandatory substance abuse counseling, that his SUP participation be increased, and that he be confined in the custody of the Bureau of Prisons for a period of 2 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Orion Kentrell James
Docket No. 7:14-CR-90-1BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Erik J. Graf<br>Erik J. Graf<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2031<br>Executed On: September 7, 2017 |

## ORDER OF THE COURT

Considered and ordered this __8__ day of __September__, 2017, and ordered filed and made a part of the records in the above case.

__/s/ Terrence Boyle__
Terrence W. Boyle
U.S. District Judge